**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY LEE DOUGLAS, JR.                                                                                    PLAINTIFF

v.                                    No. 5:16CV00331-JLH-JJV

ROSEMARY WHITE, Sergeant,
Dub Brassell Detention Center; *et al.*                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Boldy and Tyler are DISMISSED from this cause of action without prejudice for Plaintiff's failure to state a claim upon which relief can be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 10th day of November, 2016.

```
                                                    /s/ J. Leon Holmes
                                                    _____
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE
```